**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6298**

DUNCAN VICTOR AYEMERE IDOKOGI,

                                  Plaintiff - Appellant,

        versus

JOHN ASHCROFT, U.S. Attorney General; J.
JOSEPH CURRAN, JR., Maryland Attorney General,

                                  Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-01-4243-L)

Submitted:  May 16, 2002                 Decided:  May 23, 2002

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Duncan Victor Ayemere Idokogi, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Duncan Victor Ayemere Idokogi appeals the district court's order transferring his 28 U.S.C. § 2241 (1994) petition to the United States District Court for the Eastern District of Louisiana.

We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. See Technosteel, L.L.C. v. Beers Constr. Co., 271 F.2d 151, 153-54 & n.2 (4th Cir. 2001).

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2